# SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20874-CR-ALTONAGA



FILED by _____ D.C.
JAN 31 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

GUY PHILIPPE,

　　　　Defendant.
_____/

## SEALED NOTICE PLACING DEFENDANT IN FUGITIVE STATUS

It appearing that the above-named Defendant is a fugitive from justice, the Clerk is directed to remove this case from the Court's Pending Case List and place this case on the Clerk's Fugitive Case List.

DATED:　　January 31, 2006

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　CLARENCE MADDOX, CLERK OF COURT

cc:　Assistant United States Attorney