UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20874-CR-ALTONAGA

UNITED STATES OF AMERICA,

v.

GUY PHILIPPE,

    Defendant.
_____/

## DETENTION ORDER

On January 6, 2017, this Court held a hearing pursuant to 18 U.S.C. § 3142(f) in the above-entitled case to determine whether Defendant Guy Philippe ("Defendant") should be detained prior to trial.

Having considered the factors enumerated in 18 U.S.C. § 3142(g), and the stipulation by both parties to pretrial detention, this Court finds that no condition or combination of conditions will reasonably assure Defendant's appearance as required. Therefore, it is ordered that Defendant Guy Philippe shall be detained until trial.

In accordance with the provisions of 18 U.S.C. § 3142(i)(1), this Court makes the following findings of fact and statement of reasons for the detention:

1. Defendant is charged in a three (3) count indictment with: conspiracy to import cocaine into the United States in violation of Title 21, United States Code, Section § 963; conspiracy to launder monetary instruments, in violation of Title 18, United States Code, Section § 1956(h) and laundering of monetary instruments, in violation of Title 18, United States Code, Section §1957.

2. Based on the amounts of cocaine charged in the Indictment, Defendant is facing a maximum penalty of life imprisonment. Therefore, the presumption in favor of pretrial

detention under 18 U.S.C. § 3142(e) is applicable.

3. Defendant is a citizen of Haiti and was extradited to the United States to face the charges in this case.

4. The parties stipulated to pretrial detention.

5. Based upon the above findings of fact, supported by a preponderance of the evidence, the Court concludes that Defendant presents a risk of flight. The Court specifically finds there are no conditions or combination of conditions which would reasonably assure the future appearance by Defendant as required under 18 U.S.C. § 3142.

6. Defendant may seek leave to reopen this proceeding if, at any time before trial, Defendant obtains information not known at the time of the hearing that has a material bearing on the issue of whether conditions of release may exist that will reasonably assure the appearance of the Defendant as required.

7. The Court hereby directs that:

    a. Defendant be detained without bond;

    b. Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    c. Defendant be afforded reasonable opportunity for private consultation with counsel;

    d. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined, shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with any court proceeding.

DONE AND ORDERED at Miami, Florida this 11th day of January, 2017.

*Barry L. Garber*

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE